■ AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Plaintiff, v. J. R. CAMPBELL ASSOCIATES, INC., et al., Defendants.— Motion to transfer appeal to the Appellate Division, First Department, denied, without costs. The appeal is properly before this court (CPLR 511, subd. [d]; CPLR 5711; see 2 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 511.10). Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.